IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 9 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00985-ZLW

CHARLES JEFFREY MCMILLIAN,

Applicant,

v.

TONY CAROCHI, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO KEN SALAZAR,

Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

This matter is before the Court on the motion for reconsideration filed on September 6, 2005, by Applicant Charles Jeffrey McMillian asking the Court to reconsider the August 26, 2005, order denying a certificate of appealability. On September 21, 2005, the United States Court of Appeals for the Tenth Circuit allowed Mr. McMillian forty days in which to file a motion for certificate of appealability in the Tenth Circuit. Therefore, the September 6, 2005, motion is DENIED with leave to file a motion for certificate of appealability in the Tenth Circuit.

Dated: May 9, 2006

Copies of this Minute Order mailed on May 9, 2006, to the following:

Charles J. McMillian
Prisoner No. 83854
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

_____
Secretary/Deputy Clerk