IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-0985-BNB

CHARLES JEFFREY MCMILLIAN,

Applicant,

v.

TONY CAROCHI, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 17 2006

GREGORY C. LANGHAM
CLERK

---

ORDER REINSTATING AND DRAWING CASE
TO A DISTRICT JUDGE AND A MAGISTRATE JUDGE

---

Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed in this action on October 12, 2006, this civil action is reinstated. The action will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed in this action on October 12, 2006. It is

FURTHER ORDERED that this action shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 17 day of Oct., 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-00985-OES

Charles Jeffrey McMillian
Prisoner No. 83854
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/17/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk