IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-0985-BNB

CHARLES JEFFREY MCMILLIAN,

Applicant,

v.

TONY CAROCHI, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 6 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER VACATING ORDER REINSTATING AND DRAWING CASE TO A DISTRICT JUDGE AND A MAGISTRATE JUDGE

---

The October 17, 2006, order reinstating the instant action and drawing it to a district judge and to a magistrate judge will be vacated. The October 12, 2006, order and judgment entered by United States Court of Appeals for the Tenth Circuit (Tenth Circuit), which vacated the judgment of this Court dismissing Applicant Charles Jeffrey McMillian's habeas corpus application and remanded the action for further proceedings, does not constitute the Tenth Circuit's mandate. Accordingly, it is

ORDERED that the October 17, 2006, order reinstating the instant action and drawing it to a district judge and to a magistrate judge is vacated.

DATED at Denver, Colorado, this 25 day of _____ Oct _____, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


**CERTIFICATE OF MAILING**


Civil Action No. 05-cv-00985-BNB

Charles Jeffrey McMillian
Prisoner No. 83854
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211


      I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/24/06


GREGORY C. LANGHAM, CLERK


By: _____
                Deputy Clerk