IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-0985-BNB

CHARLES JEFFREY MCMILLIAN,

        Applicant,

v.

TONY CAROCHI, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

        Respondents.

FILED
UNITED STATES DISTRICT COURT
COLORADO

JAN - 4 2007

GREGORY C. LANGHAM
CLERK

---

## ORDER REINSTATING AND DRAWING CASE
## TO A DISTRICT JUDGE AND A MAGISTRATE JUDGE

---

Pursuant to the mandate of the United States Court of Appeals for the Tenth

Circuit filed in this action on November 28, 2006, this civil action is reinstated.  The

action will be drawn to a district judge and to a magistrate judge.  Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the

United States Court of Appeals for the Tenth Circuit filed in this action on November 28,

2006.  It is

FURTHER ORDERED that the motion to clarify order of October 25, 2006, is

denied as unnecessary.  It is

FURTHER ORDERED that this action shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 3 day of _____Jan._____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-00985-BNB

Charles Jeffrey McMillian
Prisoner No. 83854
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211


      I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/4/07

GREGORY C. LANGHAM, CLERK

By _____
              Deputy Clerk