IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  05-cv-00985-PSF-MJW

CHARLES JEFFREY MCMILLIAN,

Applicant,

v.

TONY CAROCHI, Warden and
THE ATTORNEY GENERAL OF THE UNITED STATES,

Respondents.

MINUTE ORDER

　　　　It is hereby ORDERED that the petitioner's Request for Status of Proceedings for Civil Action 05-cv-00985-PSF-MJW (Docket No. 35) is granted to the extent that the petitioner is advised that a recommendation on his Application for Writ of Habeas Corpus will be issued by this court in due course.  There are a number of older Applications that need to be addressed first.  No proceedings on this Application are scheduled at this time.  It is further

　　　　ORDERED that the petitioner's Motion for Appointment of Counsel, which was not separately docketed because it was included in his Application (see page 299 of the petition), is denied without prejudice.  "[T]here is no constitutional right to counsel beyond the appeal of a criminal conviction, and . . . generally appointment of counsel in a § 2254 proceeding is left to the court's discretion . . . .  However, there is a right to counsel in a habeas case when the district court determines that an evidentiary hearing is required."  <u>Swazo v. Wyoming Dep't of Corr. State Penitentiary Warden</u>, 23 F.3d 332, 332 (10th Cir. 1994).  This court finds that appointment of counsel is not warranted in this case at this time.  Petitioner has been able to present his arguments to the court, and no evidentiary hearing appears to be necessary.

Date: June 26, 2007